**Order entered May 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00274-CV

### MUHAMMAD ASIM SHAMIM AND HAFSA ASIM, Appellants

### V.

### CANTERA OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-06638-2019**

## ORDER

Before the Court is appellants' May 5, 2021 motion to combine appeals and fee. Each appellant filed a separate notice of appeal in the trial court. The notices of appeal were both filed in the above-numbered appellate cause number. This Court requested two filing fees. One fee has been paid. To the extent appellants ask that they be permitted to pay a single filing fee, we **GRANT** the motion. No further filing fee is required.

/s/    KEN MOLBERG
JUSTICE